IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00089-WDM-BNB

DAN YATES,

Plaintiff,

v.

ANGELA ARKIN, in her individual and official capacities,,
DORIS TRUHLAR, an individual,
TRUHLAR AND TRUHLAR, LLC, a Colorado law firm,
ELODE BRODBECK, an individual,
THE CHILD AND FAMILY CENTER, INC., a Colorado corporation,
CLAIRE PURCELL, in her individual and professional capacities, and
LOUISE YATES, an individual,

Defendants.

_____

## ORDER
_____

This matter is before me on **Plaintiff's Motion to Strike** (Doc. #25) and **Plaintiff's Motion to Strike** (Doc. #26), both filed April 11, 2006 (the "Motions"). The plaintiff requests that portions of the defendants' motions for extension of time be stricken. The Motions are frivolous. Accordingly,

IT IS ORDERED that Motions are DENIED.

Dated April 13, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge