IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 06-cv-00089-WDM-BNB

DAN YATES,

Plaintiff,

v.

ANGELA ARKIN, in her individual and official capacities,,
DORIS TRUHLAR, an individual,
TRUHLAR AND TRUHLAR, LLC, a Colorado law firm,
ELODE BRODBECK, an individual,
THE CHILD AND FAMILY CENTER, INC., a Colorado corporation,
CLAIRE PURCELL, in her individual and professional capacities, and
LOUISE YATES, an individual,

Defendants.
_____

## ORDER
_____

This matter is before me on **Plaintiff's Motion to Strike** [Doc. #37, filed 4/17/06]. The plaintiff requests that portions of defendant Yates' motion for extension of time be stricken. The plaintiff previously filed two similar motions [Doc. #25 and Doc. #26] which were denied as frivolous. The current motion also is frivolous. Accordingly,

IT IS ORDERED that Plaintiff's Motion to Strike is DENIED.

Dated April 19, 2006.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge